UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT HEARD,<br><br>                  Plaintiff,<br><br>   v.<br><br>JAMES ROBART,<br><br>                  Defendant. | Case No. C18-261-RSL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Robert S. Lasnik.

DATED this 21st day of February, 2018.

                                                        _____
                                                        BRIAN A. TSUCHIDA
                                                       United States Magistrate Judge