UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
ROBERT HEARD, )
) Case No. C18-0261RSL
                Plaintiff, )
  v. )
) ORDER OF DISMISSAL
JAMES ROBART, )
)
                Defendant. )
_____)

On February 28, 2018, plaintiff was directed to show cause why the claims he has asserted against a judicial officer for decisions made while performing adjudicative functions should not be dismissed. Having reviewed plaintiff's response, the Court finds that plaintiff has not alleged or identified any basis for his complaint that does not involve defendant's judicial determinations. The defendant is absolutely immune from liability for acts done in the exercise of his judicial functions and that this immunity protects him from exposure to the litigation process in its entirety. Plaintiff's claims are, therefore, dismissed with prejudice.

Dated this 12th day of April, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL