UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____ )
ROBERT HEARD,                                       )
                                                              )          Case No. C18-0261RSL
                              Plaintiff,               )
                                                              )
          v.                                                )          CERTIFICATION
                                                              )
JAMES ROBART,                                       )
                                                              )
                              Defendant.            )
_____ )

          On April 12, 2018, the above-captioned matter was dismissed because the defendant is

absolutely immune from liability exposure to litigation for acts done in the exercise of his

judicial functions. Plaintiff has now appealed the dismissal.  This matter is again before the

Court to determine whether *in forma pauperis* status should continue through the appeal.

          Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if

the trial court certifies in writing that it is not taken in good faith." For purposes of this statute,

"good faith" is generally established "by the presentation of any issue that is not plainly

frivolous." Ellis v. United States, 356 U.S. 674 (1958). Having reviewed the complaint and other

documents of record, the Court finds that plaintiff's claims are frivolous and this appeal is not

taken in good faith.


          Dated this 2nd day of May, 2018.

                              _____
                              Robert S. Lasnik
                              United States District Judge

CERTIFICATION